UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14028-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

**LUSHUS BANNER**
**#75628-004 and**

       Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [212] on Defendant's Motion for New Counsel, Motion to Withdraw Guilty Plea and Motion to Set Aside Sentence [196]. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued January 9, 2007 is hereby **ADOPTED**. Defendant's Motion for New counsel, Motion to Withdraw Guilty Plea and Motion to Set Aside Sentence [196] is hereby **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida this 23rd day of January, 2007.

                                      K. MICHAEL MOORE
                                      UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record